IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MANOJ MANOJ                    :        CIVIL ACTION
                               :
        v.                     :
                               :
JOHN RIFE, et al.              :        NO. 26-1742

ORDER

AND NOW, this 23rd day of March 2026, it is hereby

ORDERED that petitioner Manoj Manoj shall not be transferred out

of the Eastern District of Pennsylvania pending further order of

this court.

BY THE COURT:

/s/ Harvey Bartle III
                                                        J.